Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 19−27272−SLM
                                    Chapter: 13
                                    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ricardo Castro
   139 Barnett St
   Boonton, NJ 07005−1621

Social Security No.:
   xxx−xx−8683

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/28/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 28, 2020
JAN: mg

                                                                                         Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-27272-SLM
Ricardo Castro                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Feb 28, 2020
                              Form ID: 148               Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db              Ricardo Castro,    139 Barnett St,    Boonton, NJ 07005-1621
518573774      +HomeBridge Financial Service, Inc.,    c/o Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
518573775      +HomeBridge Financial Services, Inc.,    C/O Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
518450765      +Homebridge,    Attn: Bankruptcy,    PO Box 77404,    Ewing, NJ 08628-6404
518450766      +Newark Police Fcu,    1 Lincoln Ave Rm 306,    Newark, NJ 07104-3010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 29 2020 00:20:27     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 29 2020 00:20:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Feb 29 2020 04:53:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
518510857      +EDI: AIS.COM Feb 29 2020 04:53:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518450768      +EDI: CAUT.COM Feb 29 2020 04:53:00      Chase Auto Finance,    Attn: Bankruptcy,   Po Box 901076,
                 Fort Worth, TX 76101-2076
518725996       E-mail/Text: bankruptcy@consumerportfolio.com Feb 29 2020 00:20:35
                 Consumer Portfolio Services,    P. O. Box 57071,    Irvine, CA 92619-7071
518450769      +EDI: AMINFOFP.COM Feb 29 2020 04:53:00      First PREMIER Bank,    Attn: Bankruptcy,
                 Po Box 5524,   Sioux Falls, SD 57117-5524
518557748       EDI: CAUT.COM Feb 29 2020 04:53:00      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-5757,    Phoenix, AZ 85038-9505
518516122      +EDI: JEFFERSONCAP.COM Feb 29 2020 04:53:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518516122      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 29 2020 00:20:40     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518450767      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 29 2020 00:17:18      Regional Acceptance Co,
                 Attn: Bankruptcy,    1424 E Firetower Rd,    Greenville, NC 27858-4105
518571028       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 29 2020 00:17:18      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
518451623      +EDI: RMSC.COM Feb 29 2020 04:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518550594      +EDI: AIS.COM Feb 29 2020 04:53:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518450770      +EDI: VERIZONCOMB.COM Feb 29 2020 04:53:00      Verizon Wireless,    Attn: Bankruptcy,
                 500 Technology Dr, Ste 550,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Ricardo  Castro yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Feb 28, 2020
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Keri P. Ebeck    on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Mark Goldman    on behalf of Debtor Ricardo  Castro yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc. rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                             TOTAL: 7